NUMBER 13-08-00453-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG






IN RE EFRAIN MALDONADO






On Petition for Writ of Mandamus






MEMORANDUM OPINION



Before Justices Rodriguez, Garza, and Vela


Per Curiam Memorandum Opinion



 Relator, Efrain Maldonado, pro se, filed a petition for writ of mandamus in the above
cause on July 28, 2008. The Court, having examined and fully considered the petition for
writ of mandamus, is of the opinion that relator has not shown himself entitled to the relief
sought. The petition generally fails to comply with Texas Rule of Appellate Procedure 52.3
and does not include a sufficient record to establish the right to mandamus relief. See Tex.
R. App. P. 52.3, 52.7. Further, the petition for writ of mandamus fails to establish that the
district court has abused its discretion or violated a duty imposed by law. Relator has not
shown that the trial court: (1) had a legal duty to perform a nondiscretionary act, (2) was
asked to perform the act, and (3) failed or refused to do so. See In re Chavez, 62 S.W.3d
225, 228 (Tex. App.-Amarillo 2001, orig. proceeding). Accordingly, the petition for writ of
mandamus is hereby DENIED. See Tex. R. App. P. 52.8(a). 



 PER CURIAM


Memorandum Opinion delivered and filed

this 30th day of July, 2008.